UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WYNETTE NEDD on behalf of herself and
all other similarly situated consumers

**1:17-cv-02932**

                                    Plaintiff,

**NOTICE OF VOLUNTARY
DISMISSAL WITH
PREJUDICE**

        -against-

NCC BUSINESS SERVICES INC

                            Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's

attorneys, that the above-entitled action against the Defendant shall be and hereby is dismissed with

prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that

a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       July 5th, 2017

                        /s/ Igor Litvak
                        Igor Litvak, Esq.
                        The Litvak Law Firm, PLLC
                        Attorney for the Plaintiff
                        1701 Avenue P
*So Ordered.*            Brooklyn, New York 11229
                        Office: (718) 989-2908
                        Facsimile: (718) 989-2908
                        E-mail: Igor@LitvakLawNY.com

S/ RJD

7/6/17

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★    JUL 0 6 2017    ★

BROOKLYN OFFICE